**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**KEVIN BOKUN, ET AL.**

**VERSUS**

**USAA CASUALTY INS. CO., ET AL.**

**CIVIL ACTION**

**NO. 20-467-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.11) dated August 20, 2020, to which no objection was filed;

**IT IS ORDERED** that Plaintiffs' Motion to Amend Complaint Under F.R.C.P. 15(a)(2) (R. Doc. 9) is GRANTED, and Plaintiffs' First Amended Petition (R. Doc. 1-2) shall be AMENDED to remove all allegations pertaining to Energy Insurance Mutual Limited and AEGIS Security Insurance Company.

**IT IS FURTHER ORDERED** that all claims against Energy Insurance Mutual Limited and AEGIS Security Insurance Company are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiffs' Unopposed Motion to Remand (R. Doc. 10) is GRANTED, and the action is REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 9, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**